JS-6

# United States District Court
## Central District of California

MIGUEL HERNANDEZ,

    Plaintiff,

v.

NVB PARTNERS, LLC., et al.,

    Defendants.

Case No. CV 20-09525 VAP-MRWx

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: January 29, 2021

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge